UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal No. 10-200 (SDW) |
| SHARIF DERRICK | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman,
United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S.
Attorney) and defendant Sharif Derrick (by Wanda Akin, Esq., appearing), for an order granting
a continuance of the proceedings in the above-captioned matter from May 13, 2010 through June
30, 2010, to allow the parties to conduct plea negotiations and attempt to finalize a plea
agreement, and the defendant being aware that he has the right to have this matter brought to trial
within 70 days of the date of his appearance before a judicial officer of this court and that a
continuance shall serve to delay a trial in this matter, and the defendant having consented to the
continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the
following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the
defendant desire additional time to negotiate a plea agreement, which would render a trial of this
matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice
served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this 18th day of May 2010,

ORDERED that this action be, and it hereby is, continued from May 13, 2010 through

June 30, 2010; defense motions, if any, are to be filed by _To be set_, 2010, opposition to

defense motions are to be filed by _To be set_, 2010, motions shall be heard on

_To be set_, 2010 and the trial shall be scheduled for _To be set_, 2010, absent any

other reason to continue the proceedings; and it is further,

ORDERED that the period from May 13, 2010 through June 30, 2010 shall be excludable

in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant

to Title 18, United States Code, Section 3161.

Honorable Susan D. Wigenton
United States District Judge

I hereby consent to the form
and entry of this Order


Wanda Akin, Esq.
Counsel for defendant Sharif Derrick

Matthew E. Beck
Assistant United States Attorney

speedy trial.

WHEREFORE, IT IS on this _____day of May 2010,

ORDERED that this action be, and it hereby is, continued from May 13, 2010 through June 30, 2010; defense motions, if any, are to be filed by _____, 2010, opposition to defense motions are to be filed by _____, 2010, motions shall be heard on _____, 2010 and the trial shall be scheduled for _____, 2010, absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from May 13, 2010 through June 30, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.


_____
Honorable Susan D. Wigenton
United States District Judge


I hereby consent to the form
and entry of this Order

_____
Wanda Akin, Esq.
Counsel for defendant Sharif Derrick


_____
Matthew E. Beck
Assistant United States Attorney