UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| SHARIF DERRICK | : | RECOG. NEW3375 |
| | | Case No. DNJX210CR000200-001 |
| | : | |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Three thousand dollars ($3,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 18th day of May, 2011

**ORDERED** that the sum of Three thousand dollars ($3,000.00) so deposited as aforesaid be returned to Kamilah Kirkland 29 Muhammad Ali Avenue Apt 2A, Newark, NJ 07108 the surety of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT